IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

XCHANGE GROUP, LLC d/b/a
PALACE VIDEO                                                    PLAINTIFF

     vs.               CASE No. 6:06cv6014

THE CITY OF HOT SPRINGS, AN
ARKANSAS INCORPORATED
MUNICIPALITY, GARLAND COUNTY,
ARKANSAS, DANNY WILSON IN BOTH
HIS OFFICIAL AND INDIVIDUAL CAPACITY,
AND JOHN DOES 1 THROUGH 10, IN BOTH
THEIR OFFICIAL AND INDIVIDUAL CAPACITIES                        DEFENDANTS

**ORDER**

Now on this 16th day of October, 2006, there comes on for consideration the above-styled and numbered cause. In accordance with the terms of the settlement agreement, and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge